THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN LISCHUK, Appellant.

(Argued March 26, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Supreme Court, rendered June 28, 1917, at a Trial Term for the county of Essex, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Fred W. Dudley* and *Fred J. Ring* for appellant.

*O. Byron Brewster, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J.